# EXHIBIT B



March 10, 2021

Sig 110 LLC
20 Commerce Drive, Suite 110
Cranford, New Jersey 07016
Attn: Richard Travaglini, SVP Director of Leasing

With a copy via email to: rtravaglini@signatureacq.com

**Sent via recognized overnight courier and Email**

**RE. LEGAL NOTICE OF TENANT'S EXERCISE OF TERMINATION OPTION**

Dear Mr. Travaglini:

In accordance with Article 38 (Tenant's Termination Option) of the Office Lease dated August 31, 2016, by and between Sig 110 LLC ("Landlord") and Skyworks Solutions, Inc. ("Tenant") (the "Lease Agreement"), Tenant hereby provides Landlord written notice of Tenant's exercise of the Termination Option. The Lease Agreement termination will be effective as of April 1, 2022, which is sixty-four (64) months from the Lease Agreement's Commencement Date of December 1, 2016.

Consistent with Article 38 of the Lease Agreement, Tenant agrees to pay abated rent and brokers commission. Please note Tenant will pay unamortized costs of Tenant improvements paid by Landlord, if any, which are supported by documentation substantiating Landlord's actual costs or expenses.

Thank you.

Sincerely,

David Wilkins
Vice President, Corporate Treasurer