Gary M. Fellner, Esq.
**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
Morristown, NJ  07962-1997
(973) 538-4006
gmfellner@pbnlaw.com
Attorneys for Plaintiff Skyworks Solutions, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC.<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>SIG 110, LLC,<br><br>　　　　　　Defendant. | Civil Action No.: 21-cv-14684<br><br>**CORPORATE DISCLOSURE STATEMENT** |

　　　　Plaintiff Skyworks Solutions, Inc. ("Skyworks"), by counsel and pursuant to Fed. R. Civ. P. 7.1, provide the following information:

　　　　1.　　Skyworks is a corporation formed under the laws of the State of Delaware with its principal place of business located in Irvine, California.

　　　　2.　　The Vanguard Group is the only shareholder of Skyworks that is the beneficial owner of greater than 10% of the Company's outstanding common shares.  However, it does not control the company.

　　　　　　　　　　　　　　　　　　　　**PORZIO, BROMBERG & NEWMAN, P.C.**
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff  Skyworks Solutions, Inc.*

　　　　　　　　　　　　　　　　　　　　By:　　　　s/Gary M. Fellner　　　　
　　　　　　　　　　　　　　　　　　　　　　　　Gary M. Fellner, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　An Attorney of the Firm

Dated: August 9, 2021

6508968