UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X

SKYWORKS SOLUTIONS, INC.,

                            Plaintiff(s),

   -against-

SIG 110, LLC,

                          Defendant(s).
-----------------------------------------------------------X

Civil Action No. 21-cv-14684

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                          s.s :
COUNTY OF NEW YORK  )

    MICHAEL KEATING, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC. at 116 Nassau Street, Suite 816, New York, New York 10038, is over the age of eighteen years and is not a party to the action.

    That on the 23rd day of August, 2021, at approximately 3:30 p.m., deponent served a true copy of the **Summons and Complaint (with Jury Demand)** upon SIG 110, LLC c/o Signature Acquisitions at 20 Commerce Drive, Suite 240, Cranford, NJ 07016 by personally delivering and leaving the same with Richard Avelini, Vice President, who stated that he is authorized to accept service.

    Richard Avelini is a white male, approximately 50-55 years of age, is approximately 5 feet, 11 inches tall, weighs approximately 200 pounds, with short wavy brown and gray hair and blue eyes and was wearing glasses.

Sworn to before me this
24th day of August, 2021

                                                      MICHAEL KEATING #848345

**NOTARY PUBLIC, STATE OF NEW YORK**
STEVEN MITCHELL
Reg. No. 01-MI-6326046
**Qualified in New York County**
**Commission expires June 08, 2023**