GREENBAUM, ROWE, SMITH & DAVIS LLP
Luke J. Kealy, Esq.
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095-0988
(732) 549-5600
lkealy@greenbaumlaw.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIG 110, LLC, <br><br> Defendant. | Case No.: 2:21-cv-14684-ES-JBC <br><br> **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(B)** |

Application is hereby made for a Clerk's Order extending the time within which defendant SIG 110, LLC, may answer, move or otherwise reply to the Complaint filed by plaintiff herein and it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on August 25, 2021; and

3. The Time to Answer, Move or otherwise Reply will expire on September 15, 2021 and with the automatic extension of time, will expire on September 29, 2021.

7187820.1

GREENBAUM, ROWE, SMITH & DAVIS LLP
Attorneys for Defendant

By: _____/s/ Luke J. Kealy_____
LUKE J. KEALY

Dated: September 10, 2021

### ORDER

The above application is ORDERED GRANTED and the deadline for defendant to answer or otherwise respond to the Complaint is extended to September 29, 2021.

ORDER DATED: _____.

WILLIAM T. WALSH, Clerk

By: _____
Deputy Clerk

7187820.1