**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Luke J. Kealy, Esq.
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095-0988
(732) 549-5600
lkealy@greenbaumlaw.com
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIG 110, LLC, <br><br> Defendant. | Case No.: 2:21-cv-14684-ES-JBC <br><br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned attorney hereby enters his appearance on behalf of defendant SIG 110, LLC and requests that all notices to be given or required to be served in this case be given and served upon the following:

Luke J. Kealy, Esq.
Greenbaum, Rowe, Smith & Davis LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, NJ 07095-0988
lkealy@greenbaumlaw.com

7187820.1

<u>Street Address:</u>
99 Wood Avenue South
Iselin, NJ 08830-2712

Tel: (732) 476-3240
Fax: (732) 476-3241

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, orders, applications, motions, petitions, pleadings, legal memoranda, or demands transmitted or conveyed by electronic filing, mail, personal delivery, telephone, telegraph, telex, telecopy or otherwise, which pertain to the above-captioned action.

          **GREENBAUM, ROWE, SMITH & DAVIS LLP**
          Attorneys for Defendant

          By: _/s/ Luke J. Kealy_____
               LUKE J. KEALY

Dated: September 15, 2021