**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Luke J. Kealy, Esq.
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095-0988
(732) 549-5600
lkealy@greenbaumlaw.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIG 110, LLC, <br><br> Defendant. | Case No.: 2:21-cv-14684-ES-JBC <br><br> CERTIFICATION OF SERVICE |

The undersigned attorneys for defendant SIG 110, LLC, hereby certify that on this date they served by email a true copy of the Answer and Counterclaim on the following counsel of record:

Gary M. Fellner, Esq.
PORZIO, BROMBERG & NEWMAN, P.C.
100 Southgate Parkway
Morristown, NJ 07962-1997
Email: gmfellner@pbnlaw.com
Attorneys for Plaintiff Skyworks Solutions, Inc.

GREENBAUM, ROWE, SMITH & DAVIS LLP
Attorneys for Defendant

By: /s/ Luke J. Kealy
LUKE J. KEALY

Dated: September 23, 2021

7198921.1