**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Luke J. Kealy, Esq.
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095-0988
(732) 549-5600
lkealy@greenbaumlaw.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC.,<br><br>             Plaintiff,<br><br>       v.<br><br>SIG 110, LLC,<br><br>             Defendant. | Case No.: 2:21-cv-14684-ES-JBC<br><br>**F.R.C.P. 7.1 DISCLOSURE STATEMENT OF DEFENDANT SIG 110, LLC** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys for defendant SIG 110, LLC, hereby certify that SIG 110, LLC is a limited liability company of the State of New Jersey and as such there is no parent corporation or publicly held corporation owning 10% or more of its stock.

GREENBAUM, ROWE, SMITH & DAVIS LLP
Attorneys for Defendant

By: _____
LUKE J. KEALY

Dated: September 23, 2021

7198837.1