Gary M. Fellner, Esq.
**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
Morristown, NJ 07962-1997
(973) 538-4006
gmfellner@pbnlaw.com
Attorneys for Plaintiff, Skyworks Solutions, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC., | Civil Action No. 2:21-cv-14684-ES-JBC |
| Plaintiff, | |
| v. | **REPLY TO COUNTERCLAIM** |
| SIG 110, LLC, | |
| Defendant. | |

Plaintiff/Counterclaim-Defendant, Skyworks Solutions, Inc. ("Skyworks"), by its attorneys Porzio, Bromberg & Newman, P.C., hereby responds to each allegation in the Counterclaim of Defendant-Counterclaimant, SIG 110, LLC ("SIG 110"), as follows:

### JURISDICTION AND VENUE

1.      Denies having knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 1 of the Counterclaim under the Jurisdiction and Venue ("Jurisdiction") section.

2.      Admits the allegations in paragraph 2 of the Counterclaim under the Jurisdiction section.

3.      Admits the allegations in paragraph 3 of the Counterclaim under the Jurisdiction section.

6592582

## BACKGROUND COMMON TO ALL COUNTS

1.      Admits the allegations set forth in paragraph 1 of the Counterclaim.

2.      Denies having knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 2 of the Counterclaim.

3.      Neither admits nor denies the allegations set forth in paragraph 3 of the Counterclaim and refers the trier of fact to the document referenced for the terms and conditions therein as the document speaks for itself.

4.      Neither admits nor denies the allegations set forth in paragraph 4 of the Counterclaim and refers the trier of fact to the document referenced for the terms and conditions therein as the document speaks for itself.

5.      Neither admits nor denies the allegations set forth in paragraph 6 of the Counterclaim and refers the trier of fact to the document referenced for the terms and conditions therein as the document speaks for itself.

6.      Neither admits nor denies the allegations set forth in paragraph 6 of the Counterclaim and refers the trier of fact to the document referenced for the terms and conditions therein as the document speaks for itself.

7.      Denies the allegations set forth in paragraph 7 of the Counterclaim.

## FIRST COUNT
### (Breach of Contract)

8.      In response to paragraph 8 of the Counterclaim, Skyworks incorporates by reference its previous responses to the Counterclaim as though fully set forth herein.

9.      Denies the allegations set forth in paragraph 9 of the Counterclaim.

10.     Denies the allegations set forth in paragraph 10 of the Counterclaim.

11.     Denies the allegations set forth in paragraph 11 of the Counterclaim.

## SECOND COUNT
### (Breach of the Covenant of Good Faith and Fair Dealing)

12.    In response to paragraph 12 of the Counterclaim, Skyworks incorporates by reference its previous responses to the Counterclaim as though fully set forth herein.

13.    Neither admits nor denies the allegations set forth in paragraph 13 of the Counterclaim and refers the trier of fact to the document referenced for the terms and conditions therein as the document speaks for itself.

14.    Denies the allegations set forth in paragraph 14 of the Counterclaim.

15.    Denies the allegations set forth in paragraph 15 of the Counterclaim.

16.    Denies the allegations set forth in paragraph 16 of the Counterclaim.

## THIRD COUNT
### (Unjust Enrichment)

17.    In response to paragraph 17 of the Counterclaim, Skyworks incorporates by reference its previous responses to the Counterclaim as though fully set forth herein.

18.    Denies the allegations set forth in paragraph 18 of the Counterclaim.

19.    Denies the allegations set forth in paragraph 19 of the Counterclaim.

20.    Denies the allegations set forth in paragraph 20 of the Counterclaim.

## FIRST SEPARATE AFFIRMATIVE DEFENSE

21.    The Counterclaim fails to state a claim upon which relief can be granted.

## SECOND SEPARATE AFFIRMATIVE DEFENSE

22.    SIG 110 has failed to mitigate its damages.

6592582

### THIRD SEPARATE AFFIRMATIVE DEFENSE

23.    SIG 110's claims are barred by the doctrines of laches, waiver, and estoppel.

### FOURTH SEPARATE DEFENSE

24.    SIG 110's claims are barred by the statute of limitations.

### FIFTH SEPARATE AFFIRMATIVE DEFENSE

25.    SIG 110's claims are barred insofar as the alleged damages are remote, speculative, contingent and/or unsubstantiated.

### SIXTH SEPARATE AFFIRMATIVE DEFENSE

26.    SIG 110's claims are barred because it failed to satisfy all of its obligations under the parties' agreement.

### SEVENTH SEPARATE AFFIRMATIVE DEFENSE

27.    SIG 110's claims are barred because the penalty in the parties' agreement is unenforceable.

### EIGHTH SEPARATE AFFIRMATIVE DEFENSE

28.    SIG 110's claims are barred, on whole or in part, due to the doctrines of setoff and/or recoupment.

6592582

**WHEREFORE,** Skyworks demands judgment dismissing the counterclaim with prejudice, and awarding it all damages requested in its complaint, all costs and attorneys' fees as authorized by law, together with such other and further relief as deemed just and proper.

**PORZIO, BROMBERG & NEWMAN, P.C.**
*Attorneys for Plaintiff/Counterclaim Defendant*
*Skyworks Solutions, Inc.*

By        *s/Gary M. Fellner*
                Gary M. Fellner, Esq.
                An Attorney of the Firm

Dated: October 12, 2021

6592582                    5

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October, 2021, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing. The Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

Luke J. Kealy, Esq.
Greenbaum, Rowe, Smith & Davis LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, NJ 07095
lkealy@greenbaumlaw.com
*Attorneys for Defendant*

                                              *s/Gary M. Fellner*
                                              Gary M. Fellner

6592582                          6