**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |

April 13, 2022

**LETTER ORDER**

Re:   **SKYWORKS SOLUTIONS, INC. v. SIG 110, LLC**
      **Civil Action No. 21-14684 (ES)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court orders the following:

1. Fact discovery shall be completed by **August 1, 2022**.

2. The Court will conduct a telephone status conference with the parties on **August 1, 2022 at 10:30 AM**. Counsel for Defendant shall initiate the call. Prior to the call, the parties shall exchange settlement positions.

**IT IS SO ORDERED.**

           s/ James B. Clark, III
           **JAMES B. CLARK, III**
           **United States Magistrate Judge**