**PORZIO BROMBERG & NEWMAN, P.C.**
Gary M. Fellner, Esq.
100 Southgate Parkway
Morristown, New Jersey 07962
Tel: 646-348-6722
gmfellner@pbnlaw.com
*Attorneys for Plaintiff, Skyworks Solutions, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> SIG 110, LLC, <br><br> Defendant. | Civil Action No.: 2:21-CV-14684 (ES)(JBC) <br><br> **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO <br> FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that the above-captioned action is voluntarily dismissed with prejudice as to all issues and claims pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) without costs.

Dated: August 12, 2022

| | |
|---|---|
| **PORZIO, BROMBERG & NEWMAN, P.C.** <br><br> By: _____ <br>       Gary M. Fellner, Esq. <br> 100 Southgate Parkway <br> Morristown, NJ 07962 <br> Tel: 646-348-6722 <br> Email: gmfellner@pbnlaw.com <br> *Attorneys for Plaintiff* <br> *Skyworks Solutions, Inc.* | **GREENBAUM, ROWE, SMITH & DAVIS LLP** <br><br> By: _____ <br>       Luke J. Kealy, Esq. <br> Metro Corporate Campus One <br> P.O. Box 5600 <br> Woodbridge, NJ 07095 <br> Tel: 732-549-5600 <br> Email: lkealy@greenbaumlaw.com <br> *Attorneys for Defendant* <br> *Sig 110, LLC* |

7038346