PORZIO BROMBERG & NEWMAN, P.C.
Gary M. Fellner, Esq.
100 Southgate Parkway
Morristown, New Jersey 07962
Tel: 646-348-6722
gmfellner@pbnlaw.com
Attorneys for Plaintiff, Skyworks Solutions, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC., | Civil Action No.: 2:21-CV-14684 (ES)(JBC) |
| Plaintiff, | |
| -against- | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| SIG 110, LLC, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that the above-captioned action is voluntarily dismissed with prejudice as to all issues and claims pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) without costs.

Dated: August 12, 2022

| | |
|---|---|
| PORZIO, BROMBERG & NEWMAN, P.C. | GREENBAUM, ROWE, SMITH & DAVIS LLP |
| By: _____ | By: _____ |
| Gary M. Fellner, Esq. | Luke J. Kealy, Esq. |
| 100 Southgate Parkway | Metro Corporate Campus One |
| Morristown, NJ 07962 | P.O. Box 5600 |
| Tel: 646-348-6722 | Woodbridge, NJ 07095 |
| Email: gmfellner@pbnlaw.com | Tel: 732-549-5600 |
| *Attorneys for Plaintiff* | Email: lkealy@greenbaumlaw.com |
| *Skyworks Solutions, Inc.* | *Attorneys for Defendant* |
| | *Sig 110, LLC* |

**SO ORDERED.**
The Clerk of the Court shall mark this matter **CLOSED.**

7038346

_____
Hon. Esther Salas, U.S.D.J.
Dated: August 15, 2022